UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DFO GLOBAL PERFORMANCE
COMMERCE LIMITED (CANADA),
DFO GLOBAL PERFORMANCE
COMMERCE LIMITED (NEVADA),
VERVE DIRECT LIMITED, AND
MAKE GREAT SALES LIMITED

                    Plaintiffs,

-v-

KRISHNA DELAHUNTY NIRMEL,
DANIEL HUGHES, FLYNN STEVENS,
SCENTED GERANIUIM LTD., THE
REAL STEVE LIFE, INC., JOHN DOES
1-20, and ABC CORPS. 1-20,

                    Defendants.

------

KRISHNA DELAHUNTY NIRMEL,

                    Third-Party Plaintiff,

-v-

BRUCE AKIRA CRAN,

                    Third-Party Defendant.

20-CV-6093 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

      All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: March 4, 2022
      New York, New York

                                                                              J. PAUL OETKEN
                                                       United States District Judge